UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas Arpert |
| v. | : | Mag. No. 11-2505 |
| EFRAIN RIVERA-CARRERA | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Sarah M. Wolfe, Assistant U.S. Attorney, appearing), and defendant Efrain Rivera-Carrera (Bruce Throckmorton, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days to allow the parties to explore the possibility of negotiating a plea agreement and thereby avoid any grand jury proceedings or trial, and no continuance having previously been granted by the Court, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties would like to explore the possibility of negotiating a plea agreement, which would render any grand

jury proceedings and any subsequent trial of this matter unnecessary; and

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this １ˢᵗ day of March, 2011,

ORDERED that this action be, and hereby is, continued for a period of 30 days from March 2, 2011 to April 1, 2011; and it is further

ORDERED that the period from March 2, 2011 through April 1, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

---
HON. DOUGLAS ARPERT
United States Magistrate Judge

Form and entry
consented to:

---
SARAH M. WOLFE
Assistant U.S. Attorney

---
Bruce Throckmorton, Esq.
Counsel for defendant Efrain Rivera-Carrera